UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MICHAEL CARR | CIVIL ACTION NO. 5:18-cv-00631 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| CHRISTOPHER D. MAYCLIN, ET AL | MAG. JUDGE MARK L. HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. No. 13) is **GRANTED** and this civil action is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana. The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of Court for the First Judicial District Court, Caddo Parish, Louisiana.

**IT IS FURTHER ORDERED** that Defendant's Motion to Sever [Doc. No. 10] is **DENIED AS MOOT**.

Monroe, Louisiana, this 4th day of October, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TERRY A. DOUGHTY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE